THOMAS R. RUTHERFORD, as Assignee, etc., *v.* AUGUSTE SCHATTMAN et al.

(Argued December 5, 1889; decided December 20, 1889.)

CROSS-APPEALS from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made the first Tuesday of June, 1888, which modified, and affirmed as modified, a judgment in favor of defendant, entered upon a decision of the court on trial at Special Term.

*J. F. Parkhurst* for plaintiff.

*Randolph Sampter* for defendants.

Agree to affirm; no opinion.
All concur, except RUGER, Ch. J., dissenting.
Judgment affirmed.